FORM NOA (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608
Telephone number: 609−858−9333

Honorable Michael B. Kaplan, U.S. Bankruptcy Judge

| **CASE NUMBER:** 15−13765−MBK | **DATE FILED::** 3/3/15 |
|---|---|
| **In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):** <br> Michael E Rodriguez <br> xxx−xx−8355 <br><br> Anna M Vigier−Rodriguez <br> xxx−xx−7419 | **ADDRESS OF DEBTOR(S):** <br><br> 36 Norwick Lane <br> Willingboro, NJ 08046 <br><br> 36 Norwick Lane <br> Willingboro, NJ 08046 |
| **DEBTOR'S ATTORNEY:** <br> Peter E. Zimnis <br> Law Office of Peter E. Zimnis <br> 1245 Whitehorse Mercerville Rd. <br> Suite 412 <br> Trenton, NJ 08619 <br><br> 609−581−9353 <br><br> Peter E. Zimnis <br> Law Office of Peter E. Zimnis <br> 1245 Whitehorse Mercerville Rd. <br> Suite 412 <br> Trenton, NJ 08619 <br><br> 609−581−9353 | **TRUSTEE:** <br> Daniel E. Straffi <br> 670 Commons Way <br> Building I <br> Toms River, NJ 08755 <br> (732) 341−3800 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

5/3/17

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: February 3, 2017    FOR THE COURT
Jeanne Naughton, Clerk

Case 15-13765-MBK    Doc 35    Filed 02/05/17    Entered 02/06/17 00:44:34    Desc Imaged
Certificate of Notice    Page 2 of 4

Case 15-13765-MBK    Doc 35    Filed 02/05/17    Entered 02/06/17 00:44:34    Desc Imaged
Certificate of Notice    Page 2 of 4

FORM NOA Rev. 5/2016

```
                           United States Bankruptcy Court
                                District of New Jersey

In re:                                                        Case No. 15-13765-MBK
Michael E Rodriguez                                           Chapter 7
Anna M Vigier-Rodriguez
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 2                  Date Rcvd: Feb 03, 2017
                              Form ID: noa               Total Noticed: 59


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2017.
db/jdb         #+Michael E Rodriguez,    Anna M Vigier-Rodriguez,    36 Norwick Lane,    Willingboro, NJ 08046-1330
acc             +Bederson & Company, LLP,    347 Mt. Pleasant Ave.,    West Orange, NJ 07052-2749
sp              +H & K Law Office,    hartsough kenny & chase,    3812 Quakerbridge Road,
                  Hamilton, nj 08619-1004
515360984       +Amcol Sys,    111 Lancewood Rd,    Columbia, SC 29210-7523
515360985       +American Coradius Int'l,   re: USAA,     2420 Sweet Home Rd Ste 150,    Buffalo, NY 14228-2244
515360986       +Apez Asset Management,    re: Virtua,    1891 Santa Barbara Dr,    Ste,
                  Lancaster, PA 17601-4106
515360990       +CBE Group,    POB 2635,   Waterloo, IA 50704-2635
515360991       +Citifinancial,    POB 499,   Hanover, MD 21076-0499
515360995       +Credit Acceptance,    POB 5070,   Southfield, MI 48086-5070
515360998       +EMA Recovery,    POB 3129,   Secaucus, NJ 07096-3129
515360999       +Financial Recoveries,    re: Lourdes,    POB 1022,   Wixom, MI 48393-1022
515361001       +Frost Arnett Co,    POB 198988,   Nashville, TN 37219-8988
515361002       +HSBC / Orchard Bank,    PO 71104,   Charlotte, NC 28272-1104
515361007       +Larchmont Med Imaging,    1295 Rt 38 W,    Hainesport, NJ 08036-2702
515361008       +Law Offices of Mitchell Kay PC,    re: T-Mobile,    354 State Street,
                  Hackensack, NJ 07601-5530
515361009       +Lourdes,    POB 822112,   Philadelphia, PA 19182-2112
515361010       +Lourdes,    100 Front St,   Riverside, NJ 08075-1181
515361015       +NJ Housing & Mortgage Finance,    POB 18550,    Trenton, NJ 08650-2085
515361016       +Quality Asset Recovery,    re: Rancocas,    7 Foster Ave, Ste 101,    Gibbsboro, NJ 08026-1191
515361017       +Radiology Assoc of Burl,    1295 Rt 38 west,    Hainesport, NJ 08036-2702
515361019       +Rushmore Service Ctr,    re: Premier Bankcard,    POB 5508,    Sioux Falls, SD 57117-5508
515361020        Santender,    POB 560284,   Dallas, TX 75356-0284
515361022       +Solomon & Solomon,    Five Columbia Circle,    Albany, NY 12203-6374
515361023       +South Jersey emer Phys,    POB 416052,    Boston, MA 02241-6052
515361024       +State of NJ - Dept of Law,    Div of Alcholic Beverage Control,    POB 087,
                  Trenton, NJ 08625-0087
515361025       +Sunrise Credit Srv,    POB 9168,   Farmingdale, NY 11735-9168
515361028       +The Childrens Hospital of PA,    Lock Box 7802,    POB 8500,    Philadelphia, PA 19178-8500
515361034       +Virtua Health,    POB 7542,   Philadelphia, PA 19178-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              +EDI: QDESTRAFFI.COM Feb 03 2017 23:13:00      Daniel E. Straffi,    670 Commons Way,   Building I,
                  Toms River, NJ 08755-6431
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 03 2017 23:37:59      U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 03 2017 23:37:55      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
cr              +EDI: DRIV.COM Feb 03 2017 23:13:00      Santander Consumer USA, Inc.,
                  P.O. Box 562088, Suite 900-North,    Dallas, TX 75247,    UNITED STATES 75356-2088
515360988       +EDI: CINGMIDLAND.COM Feb 03 2017 23:18:00      AT&T Mobility,    POB 537104,
                  Atlanta, GA 30353-7104
515360987       +EDI: ACCE.COM Feb 03 2017 23:13:00      Asset Acceptance,   re: Lane Bryant,    POB 1630,
                  Warren, MI 48090-1630
515361026        EDI: AISTMBL.COM Feb 03 2017 23:13:00      t-mobile,    POB 742596,   Cincinnati, OH 45274
515360983        EDI: CBSAAFES.COM Feb 03 2017 23:13:00      AAFES,    POB 650038,   Dallas, TX 75265
515361012        EDI: CBSAAFES.COM Feb 03 2017 23:13:00      Military Star,    3911 S. Walton Walker,
                  Dallas, TX 75236
515360989       +EDI: CAPITALONE.COM Feb 03 2017 23:13:00      Capital One,   POB 30281,
                  Salt Lake City, UT 84130-0281
515360992       +EDI: WFNNB.COM Feb 03 2017 23:13:00      Comenity   Victoria Secret,    POB 182789,
                  Columbus, OH 43218-2789
515360993       +EDI: WFNNB.COM Feb 03 2017 23:13:00      Comenity - HSN,    POB 659707,
                  San Antonio, TX 78265-9707
515360994       +EDI: CONVERGENT.COM Feb 03 2017 23:13:00      Convergent Outsourcing,    500 SW 7th,
                  Bldg A, Ste 100,    Renton, WA 98057-2983
515360996       +EDI: CRFRSTNA.COM Feb 03 2017 23:13:00      Credit First,    POB 81344,
                  Cleveland, OH 44188-0001
515360997       +EDI: RCSFNBMARIN.COM Feb 03 2017 23:13:00      Credit One Bank,    POB 98872,
                  Las Vegas, NV 89193-8872
515361000       +EDI: AMINFOFP.COM Feb 03 2017 23:13:00      First Premier,    POB 5529,
                  Sioux Falls, SD 57117-5529
515361003       +EDI: WFNNB.COM Feb 03 2017 23:13:00      HSN,    POB 659707,   San Antonio, TX 78265-9707
515361004       +EDI: IIC9.COM Feb 03 2017 23:18:00      IC Systems,   re: verizon,    POB 64437,
                  Saint Paul, MN 55164-0437
515361005        EDI: JEFFERSONCAP.COM Feb 03 2017 23:13:00      Jefferson Cap Systems,    re: Comenity,
                  16 McLeland Rd,    Saint Cloud, MN 56303
515361006       +EDI: WFNNB.COM Feb 03 2017 23:13:00      Lane Bryant,   POB 182121,    Columbus, OH 43218-2121
515361011       +EDI: MID8.COM Feb 03 2017 23:13:00      Midland Funding,   re:,    8875 Aero Dr., Ste 200,
                  San Diego, CA 92123-2255
```

```
District/off: 0312-3           User: admin              Page 2 of 2                  Date Rcvd: Feb 03, 2017
                               Form ID: noa             Total Noticed: 59

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515361013      +E-mail/Text: kmorgan@morganlaw.com Feb 03 2017 23:38:47      Morgan Bornstein & Morgan,
                 re:  DC 4047-14,    1236 Brace Rd Ste K,    Cherry Hill, NJ 08034-3229
515361014      +E-mail/Text: bankruptcydepartment@tsico.com Feb 03 2017 23:38:45       NCO Financial Services,
                 re:  Virtua Health,    POB 15636,    Wilmington, DE 19850-5636
515361018      +EDI: RESURGENT.COM Feb 03 2017 23:18:00      Resurgant Cap Srv,    POB 10826,
                 Greenville, SC 29603-0826
515361027      +EDI: WTRRNBANK.COM Feb 03 2017 23:13:00      Target Nat'l Bank,    POB 673,
                 Minneapolis, MN 55440-0673
515361031      +EDI: USAA.COM Feb 03 2017 23:13:00      USAA Savings Bank,    POB 33009,
                 San Antonio, TX 78265-3009
515361029      +EDI: URSI.COM Feb 03 2017 23:13:00      United Recovery,    POB 722929,   Houston, TX 77272-2929
515361030      +EDI: URSI.COM Feb 03 2017 23:13:00      United Recovery Sys,    POB 722929,
                 Houston, TX 77272-2929
515361032      +EDI: VERIZONEAST.COM Feb 03 2017 23:13:00      Verizon,    500 Technology Dr, Ste 300,
                 Saint Charles, MO 63304-2225
515361033      +EDI: VERIZONWIRE.COM Feb 03 2017 23:13:00      Verizon Wireless,    POB 26055,
                 Minneapolis, MN 55426-0055
515361035      +EDI: WFFC.COM Feb 03 2017 23:13:00      Wells Fargo Home Mortgage,    POB 10335,
                 Des Moines, IA 50306-0335
                                                                                              TOTAL: 31

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Daniel E. Straffi,    670 Commons Way,    Building I,    Toms River, NJ 08755-6431
515361021    ##+Sarma Collections Inc,    1801 Broadway,    San Antonio, TX 78215-1227
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2017 at the address(es) listed below:
              Daniel E. Straffi    dstraffi1@comcast.net, dstraffi@ecf.epiqsystems.com
              Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi dstraffi1@comcast.net,
               dstraffi@ecf.epiqsystems.com
              Denise E. Carlon    on behalf of Creditor   Wells Fargo Bank, N.A., successor by merger to
               Wachovia Bank, N.A. bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Joel A. Ackerman    on behalf of Creditor   Wells Fargo Bank, N.A., successor by merger to
               Wachovia Bank, N.A. jackerman@zuckergoldberg.com
              John R. Morton, Jr.    on behalf of Creditor   Santander Consumer USA, Inc.
               mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Peter E. Zimnis    on behalf of Joint Debtor Anna M Vigier-Rodriguez njbankruptcylaw@aol.com
              Peter E. Zimnis    on behalf of Debtor Michael E Rodriguez njbankruptcylaw@aol.com
                                                                                               TOTAL: 7
```