UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: : Case no.: _____15-13765_____
:
Michael E Rodriguez :
Anna M Vigier-Rodriguez : Chapter: _____7_____
:
: Judge: _____Kaplan_____
Debtor(s) :
:

## CERTIFICATION OF NO OBJECTION

I _____Gary A. Nau_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☐ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☒ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
Personal Injury Claim.

JEANNE A. NAUGHTON, Clerk

Date: 5/8/2018                By: Gary A. Nau

*rev.2/10/17*