# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In re: : Case no.: 15-13765

Michael E Rodriguez
Anna M Vigier-Rodriguez : Chapter: 7

: Judge: Kaplan

Debtor(s) :

## CERTIFICATION OF NO OBJECTION

I __Gary A. Nau__, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☐ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☒ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
UIM Claim.

JEANNE A. NAUGHTON, Clerk

Date: 9/18/2018     By: Gary A. Nau

*rev.2/10/17*