Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15–13765–MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael E Rodriguez
36 Norwick Lane
Willingboro, NJ 08046

Anna M Vigier–Rodriguez
36 Norwick Lane
Willingboro, NJ 08046

Social Security No.:
xxx–xx–8355

xxx–xx–7419

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      12/6/18
Time:     10:00 AM
Location:  Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Daniel Straffi, Esq., Attorney for Chapter 7 Trustee

COMMISSION OR FEES
$3,360.00

EXPENSES
$238.60

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: October 24, 2018
JAN: gan

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                  District of New Jersey
In re:                                                            Case No. 15-13765-MBK
Michael E Rodriguez                                               Chapter 7
Anna M Vigier-Rodriguez
     Debtors                      CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 3                  Date Rcvd: Oct 24, 2018
                              Form ID: 137                Total Noticed: 67


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2018.
db             #+Michael E Rodriguez,    36 Norwick Lane,    Willingboro, NJ 08046-1330
jdb            #+Anna M Vigier-Rodriguez,    36 Norwick Lane,    Willingboro, NJ 08046-1330
aty             +Joel A. Ackerman,   Zucker Goldberg & Ackerman,    200 Sheffield Street,   Suite 301,
                 Mountainside, NJ 07092-2315
acc             +Bederson & Company, LLP,    347 Mt. Pleasant Ave.,   West Orange, NJ 07052-2749
sp              +H & K Law Office,   hartsough kenny & chase,    3812 Quakerbridge Road,
                 Hamilton, nj 08619-1004
cr              +Santander Consumer USA, Inc.,    P.O. Box 562088, Suite 900-North,   Dallas, TX  75247,
                 UNITED STATES 75356-2088
515360984       +Amcol Sys,   111 Lancewood Rd,    Columbia, SC 29210-7523
515360985       +American Coradius Int'l,   re:  USAA,    2420 Sweet Home Rd Ste 150,   Buffalo, NY 14228-2244
515360986       +Apez Asset Management,   re:  Virtua,    1891 Santa Barbara Dr,   Ste,
                 Lancaster, PA 17601-4106
515360990       +CBE Group,   POB 2635,   Waterloo, IA 50704-2635
515360991       +Citifinancial,   POB 499,   Hanover, MD 21076-0499
515360994       +Convergent Outsourcing,    500 SW 7th,   Bldg A, Ste 100,   Renton, WA 98057-2983
515360995       +Credit Acceptance,   POB 5070,    Southfield, MI 48086-5070
515360996       +Credit First,   POB 81344,   Cleveland, OH 44188-0001
516745683       +Credit First NA,   PO Box 818011,    Cleveland, OH 44181-8011
515360998       +EMA Recovery,   POB 3129,   Secaucus, NJ 07096-3129
515360999       +Financial Recoveries,   re:  Lourdes,    POB 1022,   Wixom, MI 48393-1022
515361000       +First Premier,   POB 5529,   Sioux Falls, SD 57117-5529
515361001       +Frost Arnett Co,   POB 198988,    Nashville, TN 37219-8988
515361002       +HSBC / Orchard Bank,   PO 71104,    Charlotte, NC 28272-1104
515361004       +IC Systems,   re:  verizon,   POB 64437,    Saint Paul, MN 55164-0437
515361007       +Larchmont Med Imaging,    1295 Rt 38 W,   Hainesport, NJ 08036-2702
515361008       +Law Offices of Mitchell Kay PC,    re:  T-Mobile,   354 State Street,
                 Hackensack, NJ 07601-5530
515361010       +Lourdes,   100 Front St,   Riverside, NJ 08075-1181
515361009       +Lourdes,   POB 822112,   Philadelphia, PA 19182-2112
515361015       +NJ Housing & Mortgage Finance,    POB 18550,   Trenton, NJ 08650-2085
515361016       +Quality Asset Recovery,   re:  Rancocas,    7 Foster Ave, Ste 101,   Gibbsboro, NJ 08026-1191
515361017       +Radiology Assoc of Burl,    1295 Rt 38 west,   Hainesport, NJ 08036-2702
515361019       +Rushmore Service Ctr,   re:  Premier Bankcard,    POB 5508,   Sioux Falls, SD 57117-5508
515361020        Santender,   POB 560284,   Dallas, TX 75356-0284
515361022      #+Solomon & Solomon,    Five Columbia Circle,   Albany, NY 12203-6374
515361023       +South Jersey emer Phys,    POB 416052,   Boston, MA 02241-6052
515361024       +State of NJ - Dept of Law,    Div of Alcholic Beverage Control,   POB 087,
                 Trenton, NJ 08625-0087
515361025       +Sunrise Credit Srv,   POB 9168,    Farmingdale, NY 11735-9168
515361026      ++T MOBILE,   C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,   OKLAHOMA CITY OK 73118-7901
                 (address filed with court: t-mobile,    POB 742596,   Cincinnati, OH 45274)
515361027       +Target Nat'l Bank,   POB 673,    Minneapolis, MN 55440-0673
515361028       +The Childrens Hospital of PA,    Lock Box 7802,   POB 8500,   Philadelphia, PA 19178-8500
515361031       +USAA Savings Bank,   POB 33009,    San Antonio, TX 78265-3009
515361034       +Virtua Health,   POB 7542,   Philadelphia, PA 19178-0001
515361035       +Wells Fargo Home Mortgage,    POB 10335,   Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 24 2018 22:25:42      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 24 2018 22:25:41      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515360988      +E-mail/Text: g20956@att.com Oct 24 2018 22:25:49      AT&T Mobility,   POB 537104,
                 Atlanta, GA 30353-7104
516740859       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 24 2018 22:30:12
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
516633843       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 24 2018 22:30:19
                 American InfoSource LP as agent for,    TD Bank, USA,   PO Box 248866,
                 Oklahoma City, OK  73124-8866
515360987      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 24 2018 22:25:40      Asset Acceptance,
                 re:  Lane Bryant,   POB 1630,   Warren, MI 48090-1630
515361012       E-mail/Text: BankruptcyNotices@aafes.com Oct 24 2018 22:25:32      Military Star,
                 3911 S. Walton Walker,   Dallas, TX 75236
515360983       E-mail/Text: BankruptcyNotices@aafes.com Oct 24 2018 22:25:32      AAFES,   POB 650038,
                 Dallas, TX 75265
515360989      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 24 2018 22:19:00      Capital One,
                 POB 30281,   Salt Lake City, UT 84130-0281
516661588       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 24 2018 22:19:46
                 Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
```

```
District/off: 0312-3          User: admin              Page 2 of 3            Date Rcvd: Oct 24, 2018
                              Form ID: 137             Total Noticed: 67

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515360992      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 24 2018 22:25:36      Comenity   Victoria Secret,
                 POB 182789,    Columbus, OH 43218-2789
515360993      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 24 2018 22:25:37      Comenity - HSN,
                 POB 659707,    San Antonio, TX 78265-9707
515360997      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 24 2018 22:19:48      Credit One Bank,
                 POB 98872,   Las Vegas, NV 89193-8872
515361003      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 24 2018 22:25:37      HSN,    POB 659707,
                 San Antonio, TX 78265-9707
515361005       E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 24 2018 22:25:45      Jefferson Cap Systems,
                 re: Comenity,    16 McLeland Rd,    Saint Cloud, MN 56303
515361006      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 24 2018 22:25:37      Lane Bryant,   POB 182121,
                 Columbus, OH 43218-2121
515361011      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 24 2018 22:25:41      Midland Funding,   re:,
                 8875 Aero Dr., Ste 200,    San Diego, CA 92123-2255
516745791      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 24 2018 22:25:41      Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
515361013      +E-mail/Text: kmorgan@morganlaw.com Oct 24 2018 22:25:52      Morgan Bornstein & Morgan,
                 re: DC 4047-14,    1236 Brace Rd Ste K,    Cherry Hill, NJ 08034-3229
515361014      +E-mail/Text: bankruptcydepartment@tsico.com Oct 24 2018 22:25:51      NCO Financial Services,
                 re: Virtua Health,    POB 15636,   Wilmington, DE 19850-5636
516641948       E-mail/Text: bnc-quantum@quantum3group.com Oct 24 2018 22:25:38
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA  98083-0788
516641963       E-mail/Text: bnc-quantum@quantum3group.com Oct 24 2018 22:25:38
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
515361018      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 24 2018 22:30:11      Resurgant Cap Srv,
                 POB 10826,    Greenville, SC 29603-0826
515361029      +E-mail/Text: bnc@alltran.com Oct 24 2018 22:25:32      United Recovery,    POB 722929,
                 Houston, TX 77272-2929
515361030      +E-mail/Text: bnc@alltran.com Oct 24 2018 22:25:32      United Recovery Sys,    POB 722929,
                 Houston, TX 77272-2929
515361032      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 24 2018 22:25:28
                 Verizon,    500 Technology Dr, Ste 300,    Saint Charles, MO 63304-2225
515361033      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 24 2018 22:25:28
                 Verizon Wireless,    POB 26055,   Minneapolis, MN 55426-0055
                                                                                              TOTAL: 27

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515361021     ##+Sarma Collections Inc,    1801 Broadway,    San Antonio, TX 78215-1227
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 3 of 3               Date Rcvd: Oct 24, 2018
                              Form ID: 137             Total Noticed: 67
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2018 at the address(es) listed below:

      Daniel E Straffi    dstraffi1@comcast.net,
      G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.epiqsystems.com

      Daniel E. Straffi    on behalf of Trustee Daniel E Straffi bkclient@straffilaw.com,
      G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com

      Denise E. Carlon    on behalf of Creditor   Wells Fargo Bank, N.A., successor by merger to Wachovia Bank, N.A. bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com

      John R. Morton, Jr.   on behalf of Creditor   Santander Consumer USA, Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

      Peter E. Zimnis    on behalf of Joint Debtor Anna M Vigier-Rodriguez njbankruptcylaw@aol.com

      Peter E. Zimnis    on behalf of Debtor Michael E Rodriguez njbankruptcylaw@aol.com

                                                        TOTAL: 6

Case 15-13765-MBK    Doc 48    Filed 10/26/18    Entered 10/27/18 00:40:14    Desc Imaged
Certificate of Notice    Page 4 of 4