UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STRAFFI & STRAFFI
670 Commons Way
Toms River, NJ 08755
Ph. (732) 341-3800
bktrustee@straffilaw.com

Order Filed on December 7, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Rodriguez, Michael E. & Vigier-Rodriguez, Anna M.

Case No.: 15-13765

Hearing Date: _____

Judge: Michael B. Kaplan

Chapter: 7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 7, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Daniel E. Straffi<br>Attorney for Trustee | $3,360.00 | $238.60 |

*rev.8/1/15*