UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STRAFFI & STRAFFI
670 Commons Way
Toms River, NJ 08755
Ph. (732) 341-3800
bktrustee@straffilaw.com

In Re:

Rodriguez, Michael E.
Vigier - Rodriguez, Anna M.

Case No.: 15-13765

Adv. Pro. No.: _____

Chapter: 7

Hearing Date: 3/4/19

Judge: Michael B. Kaplan

## ADJOURNMENT REQUEST

1. I, Daniel E. Straffi,

   ☒ am the attorney for: Trustee,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Trustee's Motion for Turnover

   Current hearing date and time: 3/4/19 @ 10:00 am

   New date requested: 3/11/19

   Reason for adjournment request: Addtional time needed for receipt of monies from respondent.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 3/1/19                                       /s/ Daniel E. Straffi
                                                                      Signature

**COURT USE ONLY:**

The request for adjournment is:

[x] Granted            New hearing date: March 11, 2019 at 10:00 am    [ ] Peremptory

[ ] Granted over objection(s)    New hearing date: _____    [ ] Peremptory

[ ] Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2