```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
─────────────────────────────────────────
Caption in Compliance with D.N.J. LBR 9004-2(c)

STRAFFI & STRAFFI
670 Commons Way
Toms River, NJ  08755
Ph. 732-684-9234
bktrustee@straffilaw.com
Attorney for Trustee
```

Order Filed on April 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Rodriguez, Michael E. & Vigier-Rodriguez, Anna M.

Case No.:  15-13765/MBK

Adv. No.:

Hearing Date: March 4, 2019 at 10:00 am

Judge: Honorable Michael B. Kaplan

## CONSENT ORDER FOR TURNOVER OF FUNDS AND FOR OTHER RELIEF

The relief set forth on the following pages, numbered two (2) through __n/a__ is hereby **ORDERED**.

**DATED: April 13, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: Rodriguez, Michael E. & Vigier-Rodriguez, Anna M.
Case No: 15-13765/MBK

## CONSENT ORDER FOR TURNOVER OF FUNDS AND FOR OTHER RELIEF

**THIS MATTER** having come before the Court upon application of Daniel E. Straffi, Esq., Trustee, for an Order for Turnover of Settlement Funds and for Other Relief; and the Court having reviewed the moving papers and having heard oral argument, if any; and that Special Counsel has turned over to the Trustee the sum of $41,990.00; it is hereby

**ORDERED** as follows:

1. That Kenny Chase & Costa shall pay the Chapter 7 Trustee the sum of $1,493.60 for attorneys fees and costs; and

2. That said payment shall be deducted by the Trustee from attorney fees and costs as may be allowed to Special Counsel;

3. That any application for allowances filed by Special Counsel shall not include the amount set forth in Paragraph 1 as a cost; and

4. That a copy of this Order shall be served on all parties in interest within five (5) days of the date hereof.

I hereby consent to the form and entry of the within Order.

_____    4/9/19
Daniel E. Straffi, Chapter 7 Trustee    Date

_____    4/5/19
Edward Hanratty, Esq    Date
Attorney for Special Counsel