---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**STRAFFI & STRAFFI**
670 Commons Way
Toms River, NJ  08755
Ph. 732-684-9234
bktrustee@straffilaw.com
Attorney for Trustee

In Re:

Rodriguez, Michael E. & Vigier-Rodriguez, Anna M.

---

Order Filed on April 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  15-13765/MBK

Adv. No.:

Hearing Date: March 4, 2019 at 10:00 am

Judge: Honorable Michael B. Kaplan

## CONSENT ORDER FOR TURNOVER OF FUNDS AND FOR OTHER RELIEF

The relief set forth on the following pages, numbered two (2) through ___n/a___ is hereby **ORDERED**.

**DATED: April 13, 2019**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: Rodriguez, Michael E. & Vigier-Rodriguez, Anna M.
Case No: 15-13765/MBK

## CONSENT ORDER FOR TURNOVER OF FUNDS AND FOR OTHER RELIEF

**THIS MATTER** having come before the Court upon application of Daniel E. Straffi, Esq., Trustee, for an Order for Turnover of Settlement Funds and for Other Relief; and the Court having reviewed the moving papers and having heard oral argument, if any; and that Special Counsel has turned over to the Trustee the sum of $41,990.00; it is hereby

**ORDERED** as follows:

1. That Kenny Chase & Costa shall pay the Chapter 7 Trustee the sum of $1,493.60 for attorneys fees and costs; and

2. That said payment shall be deducted by the Trustee from attorney fees and costs as may be allowed to Special Counsel;

3. That any application for allowances filed by Special Counsel shall not include the amount set forth in Paragraph 1 as a cost; and

4. That a copy of this Order shall be served on all parties in interest within five (5) days of the date hereof.

I hereby consent to the form and entry of the within Order.

_____    4/9/19
Daniel E. Straffi, Chapter 7 Trustee        Date

_____    4/5/19
Edward Hanratty, Esq           Date
Attorney for Special Counsel

United States Bankruptcy Court
District of New Jersey

In re:
Michael E Rodriguez
Anna M Vigier-Rodriguez
    Debtors

Case No. 15-13765-MBK
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 15, 2019
                         Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2019.
db          #+Michael E Rodriguez,    36 Norwick Lane,    Willingboro, NJ 08046-1330
jdb         #+Anna M Vigier-Rodriguez,    36 Norwick Lane,    Willingboro, NJ 08046-1330

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2019 at the address(es) listed below:
          Daniel E. Straffi    bktrustee@straffilaw.com,
          G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
          osfs.com
          Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bkclient@straffilaw.com,
          G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
          Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A., successor by merger to
          Wachovia Bank, N.A. bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc.
          ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
          Peter E. Zimnis    on behalf of Joint Debtor Anna M Vigier-Rodriguez njbankruptcylaw@aol.com
          Peter E. Zimnis    on behalf of Debtor Michael E Rodriguez njbankruptcylaw@aol.com
                                                                                      TOTAL: 6