| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**STRAFFI & STRAFFI**<br>670 Commons Way<br>Toms River, NJ 08755<br>Ph. 732-684-9234<br>bktrustee@straffilaw.com<br>Attorney for Trustee | |
| In Re:<br><br>Rodriguez, Michael E. & Vigier-Rodriguez, Anna M. | Case No.: 15-13765/KCF<br><br>Adv. No.:<br><br>Hearing Date: July 16, 2019 at 10:00 am<br><br>Judge: Honorable Kathryn C. Ferguson |

**Order Filed on August 20, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

## CONSENT ORDER RE: SPECIAL COUNSEL, KENNY CHASE & COSTA

The relief set forth on the following pages, numbered two (2) through __n/a__ is hereby **ORDERED**.

**DATED: August 20, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Document    Page 2 of 4

(Page 2)
Debtor: Rodriguez, Michael E. & Vigier-Rodriguez, Anna M.
Case No: 15-13765/MBK

## CONSENT ORDER RE: SPECIAL COUNSEL, KENNY CHASE & COSTA

**THIS MATTER** having come before the Court upon Notice of Proposed Compromise or Settlement of Controversy filed by Edward Hanratty, Esq., attorney for Kenny Chase & Costa, erroneously referred to in the Notice of Compromise or Settlement of Controversy as special counsel to the Trustee; and Daniel E. Straffi, Jr. of Straffi & Straffi, LLC appearing on behalf of the Trustee; and the Trustee having objected to the Notice of Compromise or Settlement of Controversy; and the Court having reviewed the moving papers and having heard oral argument, if any; it is hereby

**ORDERED** as follows:

1. The Trustee's objection to the Notice of Compromise or Settlement of Controversy is sustained;

2. That Kenny Chase & Costa, special counsel to the Chapter 7 Trustee shall file an application for allowance of fees and costs within thirty (30) days hereof;

3. That Kenny Chase & Costa shall provide the Trustee with cancelled check(s) and attorney trust ledger(s) respecting the disbursement of any and all funds received by it relating to the debtor's personal injury case within thirty (30) days hereof;

4. That Kenny Chase & Costa may file a motion within thirty (30) days hereof for reimbursement of monies it claims against funds presently being held by the Trustee;

5. All rights and remedies are expressly reserved by the Trustee;

6. The Trustee may deduct from any allowance to special counsel the sum of $500.00 for his counsel fees incurred in the preparation of this Order;

Case 15-13765-KCF    Doc 63    Filed 08/21/19    Entered 08/21/19 09:04:09    Desc Main
Document    Page 3 of 4

(Page 3)
Debtor: Rodriguez, Michael E. & Vigier-Rodriguez, Anna M.
Case No: 15-13765/MBK

## CONSENT ORDER RE: SPECIAL COUNSEL, KENNY CHASE & COSTA

7.  The fee deduction allowed in Par. 6 hereof shall be addition to the deduction allowed in the Court's Order of April 13, 2019; and

8.  That a copy of this Order shall be served on all parties in interest within five (5) days of the date hereof.

I hereby consent to the form and entry of the within Order.

_____      8/20/15
Daniel E. Straffi, Chapter 7 Trustee      Date

_____      8/15/19
Edward Hanratty, Esq      Date
Attorney for Special Counsel