UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**STRAFFI & STRAFFI**
670 Commons Way
Toms River, NJ 08755
Ph. 732-684-9234
bktrustee@straffilaw.com
Attorney for Trustee

**Order Filed on August 20, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Rodriguez, Michael E. & Vigier-Rodriguez, Anna M.

Case No.: 15-13765/KCF

Adv. No.:

Hearing Date: July 16, 2019 at 10:00 am

Judge: Honorable Kathryn C. Ferguson

**CONSENT ORDER RE: SPECIAL COUNSEL, KENNY CHASE & COSTA**

The relief set forth on the following pages, numbered two (2) through __n/a__ is hereby **ORDERED**.

**DATED: August 20, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor: Rodriguez, Michael E. & Vigier-Rodriguez, Anna M.
Case No: 15-13765/MBK

### CONSENT ORDER RE: SPECIAL COUNSEL, KENNY CHASE & COSTA

**THIS MATTER** having come before the Court upon Notice of Proposed Compromise or Settlement of Controversy filed by Edward Hanratty, Esq., attorney for Kenny Chase & Costa, erroneously referred to in the Notice of Compromise or Settlement of Controversy as special counsel to the Trustee; and Daniel E. Straffi, Jr. of Straffi & Straffi, LLC appearing on behalf of the Trustee; and the Trustee having objected to the Notice of Compromise or Settlement of Controversy; and the Court having reviewed the moving papers and having heard oral argument, if any; it is hereby

**ORDERED** as follows:

1. The Trustee's objection to the Notice of Compromise or Settlement of Controversy is sustained;

2. That Kenny Chase & Costa, special counsel to the Chapter 7 Trustee shall file an application for allowance of fees and costs within thirty (30) days hereof;

3. That Kenny Chase & Costa shall provide the Trustee with cancelled check(s) and attorney trust ledger(s) respecting the disbursement of any and all funds received by it relating to the debtor's personal injury case within thirty (30) days hereof;

4. That Kenny Chase & Costa may file a motion within thirty (30) days hereof for reimbursement of monies it claims against funds presently being held by the Trustee;

5. All rights and remedies are expressly reserved by the Trustee;

6. The Trustee may deduct from any allowance to special counsel the sum of $500.00 for his counsel fees incurred in the preparation of this Order;

(Page 3)
Debtor: Rodriguez, Michael E. & Vigier-Rodriguez, Anna M.
Case No: 15-13765/MBK

### CONSENT ORDER RE: SPECIAL COUNSEL, KENNY CHASE & COSTA

7. The fee deduction allowed in Par. 6 hereof shall be addition to the deduction allowed in the Court's Order of April 13, 2019; and

8. That a copy of this Order shall be served on all parties in interest within five (5) days of the date hereof.

I hereby consent to the form and entry of the within Order.

_____    8/20/15
Daniel E. Straffi, Chapter 7 Trustee    Date

_____    8/15/19
Edward Hanratty, Esq                    Date
Attorney for Special Counsel

United States Bankruptcy Court
District of New Jersey

In re:
Michael E Rodriguez
Anna M Vigier-Rodriguez
    Debtors

Case No. 15-13765-KCF
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 21, 2019
                        Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2019.
db             #+Michael E Rodriguez,    36 Norwick Lane,    Willingboro, NJ 08046-1330
jdb            #+Anna M Vigier-Rodriguez,    36 Norwick Lane,    Willingboro, NJ 08046-1330

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2019                          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2019 at the address(es) listed below:
          Daniel E. Straffi    bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com
          Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bkclient@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
          Denise E. Carlon    on behalf of Creditor   Wells Fargo Bank, N.A., successor by merger to
           Wachovia Bank, N.A. bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
          Edward   Hanratty    on behalf of Spec. Counsel    H & K Law Office thanratty@tomeslawfirm.com,
           ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;meg@tomeslawfirm.com;arely@tomeslawfirm.com
          John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc.
           ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
          Peter E. Zimnis    on behalf of Joint Debtor Anna M Vigier-Rodriguez njbankruptcylaw@aol.com
          Peter E. Zimnis    on behalf of Debtor Michael E Rodriguez njbankruptcylaw@aol.com
                                                                                                   TOTAL: 7