Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

　　　　　　　　　　　　　　　　Case No.: 15–13765–KCF
　　　　　　　　　　　　　　　　Chapter: 7
　　　　　　　　　　　　　　　　Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael E Rodriguez　　　　　　　　　　　　Anna M Vigier–Rodriguez
36 Norwick Lane　　　　　　　　　　　　　　36 Norwick Lane
Willingboro, NJ 08046　　　　　　　　　　　Willingboro, NJ 08046

Social Security No.:
　xxx–xx–8355　　　　　　　　　　　　　　　xxx–xx–7419

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

　　　NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:　　　12/4/19
Time:　　　02:30 PM
Location:　Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

　　　The following applications for compensation have been filed:

APPLICANT(S)
H & K Law Office, Special Counsel

COMMISSION OR FEES
FEES $6,666.67

EXPENSES
$5,000.00

If this is a chapter 13 case, the fees and expenses awarded:

　　　☐　　will not reduce the amount to be paid to general unsecured
　　　　　　creditors under the plan.

　　　☐　　will reduce the amount to be paid to general unsecured
　　　　　　creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

　　　An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 28, 2019
JAN: ckk

                                                  Jeanne Naughton
                                                  Clerk