Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−13765−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael E Rodriguez                              Anna M Vigier−Rodriguez
   36 Norwick Lane                                  36 Norwick Lane
   Willingboro, NJ 08046                            Willingboro, NJ 08046

Social Security No.:
   xxx−xx−8355                                      xxx−xx−7419

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on December 17, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 76 − 74
Order Granting Application For Compensation for H & K Law Office, fees awarded: $20182.38, expenses awarded: $972.69 (Related Doc # 74). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/16/2020. (ghm)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 17, 2020
JAN: ghm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 15-13765-KCF
Michael E Rodriguez  Chapter 7
Anna M Vigier-Rodriguez
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Dec 17, 2020      Form ID: orderntc      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2020:**

**Recip ID    Recipient Name and Address**
sp    + H & K Law Office, hartsough kenny & chase, 3812 Quakerbridge Road, Hamilton, nj 08619-1004

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2020 at the address(es) listed below:

**Name    Email Address**

Daniel E. Straffi
    bktrustee@straffilaw.com
    G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com

Daniel E. Straffi
    on behalf of Trustee Daniel E. Straffi bkclient@straffilaw.com
    G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com

Daniel E. Straffi
    on behalf of Spec. Counsel H & K Law Office bktrustee@straffilaw.com
    G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com

Denise E. Carlon
    on behalf of Creditor Wells Fargo Bank  N.A., successor by merger to Wachovia Bank, N.A.
    bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 17, 2020 | Form ID: orderntc | Total Noticed: 1 |

Edward Hanratty
    on behalf of Spec. Counsel H & K Law Office thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com

John R. Morton, Jr.
    on behalf of Creditor Santander Consumer USA  Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Peter E. Zimnis
    on behalf of Joint Debtor Anna M Vigier-Rodriguez njbankruptcylaw@aol.com

Peter E. Zimnis
    on behalf of Debtor Michael E Rodriguez njbankruptcylaw@aol.com

TOTAL: 8