| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>STRAFFI & STRAFFI<br>670 Commons Way<br>Toms River, NJ 08755<br>(732) 341-3800<br>bktrustee@straffilaw.com<br>Attorney for Trustee | |
|---|---|
| | Order Filed on December 16, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Rodriguez, Michael E. & Vigier-Rodriguez, Anna | Case No.: 15-13765/KCF<br><br>Hearing Date: 12/16/2020 at 2:30pm<br><br>Judge: Kathryn C. Ferguson<br><br>Chapter: 7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 16, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| H&K Law Offices<br>Special Counsel To Chapter 7 Trustee | $20,182.38 | $972.69 |

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Michael E Rodriguez  
Anna M Vigier-Rodriguez  
    Debtor(s)

Case No. 15-13765-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Dec 17, 2020      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2020:**

**Recip ID**    **Recipient Name and Address**  
db/jdb      + Michael E Rodriguez, Anna M Vigier-Rodriguez, 36 Norwick Lane, Willingboro, NJ 08046-1330

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2020 at the address(es) listed below:

**Name**    **Email Address**

Daniel E. Straffi  
    bktrustee@straffilaw.com  
    G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com

Daniel E. Straffi  
    on behalf of Trustee Daniel E. Straffi bkclient@straffilaw.com  
    G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com

Daniel E. Straffi  
    on behalf of Spec. Counsel H & K Law Office bktrustee@straffilaw.com  
    G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com

Denise E. Carlon  
    on behalf of Creditor Wells Fargo Bank  N.A., successor by merger to Wachovia Bank, N.A.  
    bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Dec 17, 2020 | Form ID: pdf903 | Total Noticed: 1

Edward Hanratty
    on behalf of Spec. Counsel H & K Law Office thanratty@centralnewjerseybankruptcylawyer.com
    aaguirre@centralnewjerseybankruptcylawyer.com

John R. Morton, Jr.
    on behalf of Creditor Santander Consumer USA  Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Peter E. Zimnis
    on behalf of Joint Debtor Anna M Vigier-Rodriguez njbankruptcylaw@aol.com

Peter E. Zimnis
    on behalf of Debtor Michael E Rodriguez njbankruptcylaw@aol.com

TOTAL: 8