| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**STRAFFI & STRAFFI**<br>670 Commons Way<br>Toms River, NJ  08755<br>Ph. 732-684-9234<br>bktrustee@straffilaw.com<br>Attorney for Trustee | Order Filed on February 9, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Rodriguez, Michael E. & Vigier-Rodriguez, Anna M. | Case No.:  15-13765/KCF<br><br>Adv. No.:<br><br>Hearing Date: February 9, 2021 at 10:00 am<br><br>Judge: Honorable Kathryn C. Ferguson |

## ORDER TO DETERMINE DEBTOR'S EXEMPTION

The relief set forth on the following pages, numbered two (2) through __n/a__ is hereby **ORDERED**.

**DATED: February 9, 2021**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor: Rodriguez, Michael E. & Vigier-Rodriguez, Anna M.
Case No: 15-13765/MBK

# ORDER TO DETERMINE DEBTOR'S EXEMPTION

**THIS MATTER** having come before the Court upon application of Daniel E. Straffi, Esq., Trustee, for an Order to Determine Debtor's Exemptions in Settlement Funds; and the Court having reviewed the moving papers and having heard oral argument, if any; it is hereby

**ORDERED** as follows:

1. That the debtor, Michael Rodriguez received $30,408.73 from special counsel which shall be deemed partial payment of his amended claim for exemptions against the settlements heretofore approved by the Court;

2. That the Trustee shall disburse to debtor, Michael Rodriguez the sum of $2,538.27, which is the balance due the debtor, Michael Rodriguez in amended schedule "C" for exemptions;

3. That upon payment by Trustee to debtor, Michael Rodriguez, the debtor, Michael Rodriguez shall be deemed to have received the full amount of his exemption; and

4. That a copy of this Order shall be served on all parties in interest within five (5) days of the date hereof.