| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**STRAFFI & STRAFFI**<br>670 Commons Way<br>Toms River, NJ  08755<br>Ph. 732-684-9234<br>bktrustee@straffilaw.com<br>Attorney for Trustee | Order Filed on February 9, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Rodriguez, Michael E. & Vigier-Rodriguez, Anna M. | Case No.:  15-13765/KCF<br><br>Adv. No.:<br><br>Hearing Date: February 9, 2021 at 10:00 am<br><br>Judge: Honorable Kathryn C. Ferguson |

### ORDER TO DETERMINE DEBTOR'S EXEMPTION

The relief set forth on the following pages, numbered two (2) through __n/a__ is hereby **ORDERED**.

**DATED: February 9, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor: Rodriguez, Michael E. & Vigier-Rodriguez, Anna M.
Case No: 15-13765/MBK

## ORDER TO DETERMINE DEBTOR'S EXEMPTION

**THIS MATTER** having come before the Court upon application of Daniel E. Straffi, Esq., Trustee, for an Order to Determine Debtor's Exemptions in Settlement Funds; and the Court having reviewed the moving papers and having heard oral argument, if any; it is hereby

**ORDERED** as follows:

1. That the debtor, Michael Rodriguez received $30,408.73 from special counsel which shall be deemed partial payment of his amended claim for exemptions against the settlements heretofore approved by the Court;

2. That the Trustee shall disburse to debtor, Michael Rodriguez the sum of $2,538.27, which is the balance due the debtor, Michael Rodriguez in amended schedule "C" for exemptions;

3. That upon payment by Trustee to debtor, Michael Rodriguez, the debtor, Michael Rodriguez shall be deemed to have received the full amount of his exemption; and

4. That a copy of this Order shall be served on all parties in interest within five (5) days of the date hereof.

United States Bankruptcy Court

District of New Jersey

In re:  
Michael E Rodriguez  
Anna M Vigier-Rodriguez  
    Debtors

Case No. 15-13765-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Feb 10, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Michael E Rodriguez, Anna M Vigier-Rodriguez, 36 Norwick Lane, Willingboro, NJ 08046-1330 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2021      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel E. Straffi | bktrustee@straffilaw.com<br>G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com |
| Daniel E. Straffi | on behalf of Trustee Daniel E. Straffi bkclient@straffilaw.com<br>G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com |
| Daniel E. Straffi | on behalf of Spec. Counsel H & K Law Office bktrustee@straffilaw.com<br>G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com |
| Denise E. Carlon | on behalf of Creditor Wells Fargo Bank N.A., successor by merger to Wachovia Bank, N.A. bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 10, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Edward Hanratty
    on behalf of Spec. Counsel H & K Law Office thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com

John R. Morton, Jr.
    on behalf of Creditor Santander Consumer USA  Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Peter E. Zimnis
    on behalf of Joint Debtor Anna M Vigier-Rodriguez njbankruptcylaw@aol.com

Peter E. Zimnis
    on behalf of Debtor Michael E Rodriguez njbankruptcylaw@aol.com

TOTAL: 8