| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**<br><br>**LAW OFFICE OF EDWARD HANRATTY**<br>EDWARD HANRATTY, ESQ.<br>80 COURT STREET<br>FREEHOLD NJ 07728<br>TEL: 732-866-6655 |

**Order Filed on May 10, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| IN RE:<br><br>**MICHAEL & ANNA RODRIGUEZ** | CASE NO.: 15-13765<br><br>CHAPTER: 7<br><br>JUDGE: KCF |

**ORDER ON MOTION TO REIMBURSE MONIES**

The relief set forth on the following pages, numbered one (1) through _____ is hereby **ORDERED.**

**DATED: May 10, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter having been presented to the Court by the Debtor and for good cause it is Ordered that as of the __10th__ day of __May, 2021__, the following is GRANTED:

**ORDERED THAT** Special Counsel, Kenny, Chase & Costa is reimbursed monies held by the Trustee in the amount of $31,018.21 as follows:

- $30,408.73: Monies paid to the debtor by Special Counsel;
- $609.48: Medical Expense in connection the Under Insured Motorist Action prosecuted by Special Counsel on behalf of the Estate
- These funds are in addition to the $972.69 previously awarded as expenses to special counsel.

**FURTHER ORDERED THAT** the Trustee shall reimburse Special Counsel, Kenny, Chase & Costa within fifteen (15) days from the date of this order.