UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**

**LAW OFFICE OF EDWARD HANRATTY**
EDWARD HANRATTY, ESQ.
80 COURT STREET
FREEHOLD NJ 07728
TEL: 732-866-6655

Order Filed on May 10, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

**MICHAEL & ANNA RODRIGUEZ**

CASE NO.: 15-13765

CHAPTER: 7

JUDGE: KCF

## ORDER ON MOTION TO REIMBURSE MONIES

The relief set forth on the following pages, numbered one (1) through _____ is hereby **ORDERED.**

**DATED: May 10, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter having been presented to the Court by the Debtor and for good cause it is Ordered that as of the __10th__ day of __May, 2021__, the following is GRANTED:

**ORDERED THAT** Special Counsel, Kenny, Chase & Costa is reimbursed monies held by the Trustee in the amount of $31,018.21 as follows:

- $30,408.73: Monies paid to the debtor by Special Counsel;
- $609.48: Medical Expense in connection the Under Insured Motorist Action prosecuted by Special Counsel on behalf of the Estate
- These funds are in addition to the $972.69 previously awarded as expenses to special counsel.

**FURTHER ORDERED THAT** the Trustee shall reimburse Special Counsel, Kenny, Chase & Costa within fifteen (15) days from the date of this order.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 15-13765-KCF |
| Michael E Rodriguez | Chapter 7 |
| Anna M Vigier-Rodriguez | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: May 10, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Michael E Rodriguez, Anna M Vigier-Rodriguez, 36 Norwick Lane, Willingboro, NJ 08046-1330 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2021                    Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel E. Straffi | bktrustee@straffilaw.com<br>G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com |
| Daniel E. Straffi | on behalf of Trustee Daniel E. Straffi bkclient@straffilaw.com<br>G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com |
| Daniel E. Straffi | on behalf of Spec. Counsel H & K Law Office bktrustee@straffilaw.com<br>G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com |
| Denise E. Carlon | on behalf of Creditor Wells Fargo Bank  N.A., successor by merger to Wachovia Bank, N.A.<br>bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com |
| Edward Hanratty | |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: May 10, 2021 | Form ID: pdf903 | Total Noticed: 1

on behalf of Spec. Counsel H & K Law Office thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com

John R. Morton, Jr.
on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Peter E. Zimnis
on behalf of Joint Debtor Anna M Vigier-Rodriguez njbankruptcylaw@aol.com

Peter E. Zimnis
on behalf of Debtor Michael E Rodriguez njbankruptcylaw@aol.com

TOTAL: 8