UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)

LAW OFFICE OF EDWARD HANRATTY
EDWARD HANRATTY, ESQ.
80 COURT STREET
FREEHOLD NJ 07728
TEL.: 732-866-6655

IN RE:

MICHAEL & ANNA RODRIGUEZ

CASE NO.: 15-13765

CHAPTER: 7

JUDGE: KCF

## CONSENT ORDER ON ATTORNEY FEES

The relief set forth on the following pages, numbered one (1) through _____ is hereby **ORDERED**.

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| H & K LAW OFFICES SPECIAL COUNSEL TO CHAPTER 7 TRUSTEE | $20,182.38 | $972.69 |

FURTHER ORDERED THAT the Trustee shall make check payable to Special Counsel, Kenny, Chase & Costa rather than Special Counsel, H & K Law Offices. Kenny, Chase & Costa is the trade name of said firm, which was previously known as Hartsough, Kenny & Chase.

FURTHER ORDERED THAT a copy of this Order shall be served on all parties in interest within seven (7) days of the date hereof.

I hereby consent to the form and entry of the within Order.

Daniel E. Straffi, Chapter 7 Trustee     8/21/21
Date

Edward Hanratty, Esq.     9/21/21
Attorney for Special Counsel     Date