## CHANGE OF ADDRESS

Name of Case:  Michael & Anna Rodriquez                    Case No:   15-13765


New Address:  308 Galway Lane
              Stafford, VA 22554


Old Address:  36 Norwick Lane
              Willingboro, NJ 08046


/s/ Peter Zimnis