| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)<br><br>LAW OFFICE OF EDWARD HANRATTY<br>EDWARD HANRATTY, ESQ.<br>80 COURT STREET<br>FREEHOLD NJ 07728<br>TEL: 732-866-6655 |

Order Filed on October 5, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

   MICHAEL & ANNA RODRIGUEZ

CASE NO.: 15-13765

CHAPTER: 7

JUDGE: KCF

## CONSENT ORDER ON ATTORNEY FEES

The relief set forth on the following pages, numbered one (1) through _____ is hereby **ORDERED**.

**DATED: October 5, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

**ORDERED** that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| H & K LAW OFFICES SPECIAL COUNSEL TO CHAPTER 7 TRUSTEE | $20,182.38 | $972.69 |

**FURTHER ORDERED THAT** the Trustee shall make check payable to Special Counsel, Kenny, Chase & Costa rather than Special Counsel, H & K Law Offices. Kenny, Chase & Costa is the trade name of said firm, which was previously known as Hartsough, Kenny & Chase.

**FURTHER ORDERED THAT** a copy of this Order shall be served on all parties in interest within seven (7) days of the date hereof.

I hereby consent to the form and entry of the within Order.

_____    8/21/21
Daniel E. Straffi, Chapter 7 Trustee    Date

_____    9/21/21
Edward Hanratty, Esq.    Date
Attorney for Special Counsel