UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)

LAW OFFICE OF EDWARD HANRATTY
EDWARD HANRATTY, ESQ.
80 COURT STREET
FREEHOLD NJ 07728
TEL: 732-866-6655

Order Filed on October 5, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

MICHAEL & ANNA RODRIGUEZ

CASE NO.: 15-13765

CHAPTER: 7

JUDGE: KCF

## CONSENT ORDER ON ATTORNEY FEES

The relief set forth on the following pages, numbered one (1) through _____ is hereby **ORDERED.**

DATED: October 5, 2021

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

**ORDERED** that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| H & K LAW OFFICES SPECIAL COUNSEL TO CHAPTER 7 TRUSTEE | $20,182.38 | $972.69 |

**FURTHER ORDERED THAT** the Trustee shall make check payable to Special Counsel, Kenny, Chase & Costa rather than Special Counsel, H & K Law Offices. Kenny, Chase & Costa is the trade name of said firm, which was previously known as Hartsough, Kenny & Chase.

**FURTHER ORDERED THAT** a copy of this Order shall be served on all parties in interest within seven (7) days of the date hereof.

I hereby consent to the form and entry of the within Order.

Daniel E. Straffi, Chapter 7 Trustee    8/21/21
Date

Edward Hanratty, Esq.    9/21/21
Attorney for Special Counsel    Date

United States Bankruptcy Court

District of New Jersey

In re:  
Michael E Rodriguez  
Anna M Vigier-Rodriguez  
    Debtors

Case No. 15-13765-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Oct 05, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Michael E Rodriguez, Anna M Vigier-Rodriguez, 308 Galway Lane, Stafford, VA 22554-9426 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel E. Straffi | bktrustee@straffilaw.com<br>G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com |
| Daniel E. Straffi | on behalf of Trustee Daniel E. Straffi bkclient@straffilaw.com<br>G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com |
| Daniel E. Straffi | on behalf of Spec. Counsel H & K Law Office bktrustee@straffilaw.com<br>G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com |
| Denise E. Carlon | on behalf of Creditor Wells Fargo Bank  N.A., successor by merger to Wachovia Bank, N.A.<br>bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 05, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Edward Hanratty
    on behalf of Spec. Counsel H & K Law Office thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com

John R. Morton, Jr.
    on behalf of Creditor Santander Consumer USA  Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Peter E. Zimnis
    on behalf of Joint Debtor Anna M Vigier-Rodriguez njbankruptcylaw@aol.com

Peter E. Zimnis
    on behalf of Debtor Michael E Rodriguez njbankruptcylaw@aol.com

TOTAL: 8