Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

                                              Case No.: 15−13765−KCF  
                                              Chapter: 7  
                                              Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Michael E Rodriguez                                         Anna M Vigier−Rodriguez  
   308 Galway Lane                                               308 Galway Lane  
   Stafford, VA 22554                                         Stafford, VA 22554

Social Security No.:  
   xxx−xx−8355                                                         xxx−xx−7419

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:       12/15/21  
Time:      02:30 PM  
Location:    Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)  
Bederson & Company, LLP, Accountant

COMMISSION OR FEES  
FEES $3,498.00

EXPENSES  
$31.76

If this is a chapter 13 case, the fees and expenses awarded:

      ☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 10, 2021
JAN:

    Jeanne Naughton
    Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 15-13765-KCF
Michael E Rodriguez  Chapter 7
Anna M Vigier-Rodriguez
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 10, 2021 | Form ID: 137 | Total Noticed: 65 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael E Rodriguez, Anna M Vigier-Rodriguez, 308 Galway Lane, Stafford, VA 22554-9426 |
| aty | + | Joel A. Ackerman, Zucker Goldberg & Ackerman, 200 Sheffield Street, Suite 301, Mountainside, NJ 07092-2315 |
| acc | + | Bederson & Company, LLP, 347 Mt. Pleasant Ave., West Orange, NJ 07052-2749 |
| sp | + | H & K Law Office, hartsough kenny & chase, 3812 Quakerbridge Road, Hamilton, nj 08619-1004 |
| cr | + | Santander Consumer USA, Inc., P.O. Box 562088, Suite 900-North, Dallas, TX 75247, UNITED STATES 75356-2088 |
| 515360984 | + | Amcol Sys, 111 Lancewood Rd, Columbia, SC 29210-7523 |
| 515360985 | + | American Coradius Int'l, re: USAA, 2420 Sweet Home Rd Ste 150, Buffalo, NY 14228-2244 |
| 515360986 | + | Apez Asset Management, re: Virtua, 1891 Santa Barbara Dr, Ste, Lancaster, PA 17601-4106 |
| 515360990 | + | CBE Group, POB 2635, Waterloo, IA 50704-2635 |
| 515360996 | + | Credit First, POB 81344, Cleveland, OH 44188-0001 |
| 516745683 | + | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 515360998 | + | EMA Recovery, POB 3129, Secaucus, NJ 07096-3129 |
| 515360999 | + | Financial Recoveries, re: Lourdes, POB 1022, Wixom, MI 48393-1022 |
| 515361000 | + | First Premier, POB 5529, Sioux Falls, SD 57117-5529 |
| 515361002 | + | HSBC / Orchard Bank, PO 71104, Charlotte, NC 28272-1104 |
| 515361004 | + | IC Systems, re: verizon, POB 64437, Saint Paul, MN 55164-0437 |
| 515361007 | + | Larchmont Med Imaging, 1295 Rt 38 W, Hainesport, NJ 08036-2702 |
| 515361008 | + | Law Offices of Mitchell Kay PC, re: T-Mobile, 354 State Street, Hackensack, NJ 07601-5530 |
| 515361010 | + | Lourdes, 100 Front St, Riverside, NJ 08075-1181 |
| 515361009 | + | Lourdes, POB 822112, Philadelphia, PA 19182-2112 |
| 515361015 | + | NJ Housing & Mortgage Finance, POB 18550, Trenton, NJ 08650-2085 |
| 515361016 | + | Quality Asset Recovery, re: Rancocas, 7 Foster Ave, Ste 101, Gibbsboro, NJ 08026-1191 |
| 515361017 | + | Radiology Assoc of Burl, 1295 Rt 38 west, Hainesport, NJ 08036-2702 |
| 515361018 | + | Resurgant Cap Srv, POB 10826, Greenville, SC 29603-0826 |
| 515361019 | + | Rushmore Service Ctr, re: Premier Bankcard, POB 5508, Sioux Falls, SD 57117-5508 |
| 515361020 | | Santender, POB 560284, Dallas, TX 75356-0284 |
| 515361021 | + | Sarma Collections Inc, 1801 Broadway, San Antonio, TX 78215-1227 |
| 515361023 | + | South Jersey emer Phys, POB 416052, Boston, MA 02241-6052 |
| 515361024 | + | State of NJ - Dept of Law, Div of Alcholic Beverage Control, POB 087, Trenton, NJ 08625-0087 |
| 515361025 | + | Sunrise Credit Srv, POB 9168, Farmingdale, NY 11735-9168 |
| 515361027 | + | Target Nat'l Bank, POB 673, Minneapolis, MN 55440-0673 |
| 515361028 | + | The Childrens Hospital of PA, Lock Box 7802, POB 8500, Philadelphia, PA 19178-8500 |
| 515361031 | + | USAA Savings Bank, POB 33009, San Antonio, TX 78265-3009 |
| 515361034 | + | Virtua Health, POB 7542, Philadelphia, PA 19178-0001 |
| 515361035 | + | Wells Fargo Home Mortgage, POB 10335, Des Moines, IA 50306-0335 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Nov 10 2021 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |

Case 15-13765-KCF    Doc 98    Filed 11/12/21    Entered 11/13/21 00:15:50    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 10, 2021 | Form ID: 137 | Total Noticed: 65 |

| | | | | |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 10 2021 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 10 2021 20:38:00 | Santander Consumer USA, Inc., P.O. Box 562088, Suite 900-North, Dallas, TX 75247, UNITED STATES 75356-2088 |
| 515360988 | + | Email/Text: g20956@att.com | Nov 10 2021 20:38:00 | AT&T Mobility, POB 537104, Atlanta, GA 30353-7104 |
| 516633843 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 10 2021 20:46:14 | American InfoSource LP as agent for, TD Bank, USA, PO Box 248866, Oklahoma City, OK 73124-8866 |
| 516740859 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 10 2021 20:46:04 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 515360987 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Nov 10 2021 20:38:00 | Asset Acceptance, re: Lane Bryant, POB 1630, Warren, MI 48090-1630 |
| 515361012 | | Email/Text: BankruptcyNotices@aafes.com | Nov 10 2021 20:38:00 | Military Star, 3911 S. Walton Walker, Dallas, TX 75236 |
| 515360983 | | Email/Text: BankruptcyNotices@aafes.com | Nov 10 2021 20:38:00 | AAFES, POB 650038, Dallas, TX 75265 |
| 515360989 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 10 2021 20:46:00 | Capital One, POB 30281, Salt Lake City, UT 84130-0281 |
| 516661588 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 10 2021 20:46:19 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 515360992 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 10 2021 20:38:00 | Comenity Victoria Secret, POB 182789, Columbus, OH 43218-2789 |
| 515360993 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 10 2021 20:38:00 | Comenity - HSN, POB 659707, San Antonio, TX 78265-9707 |
| 515360994 | + | Email/Text: convergent@ebn.phinsolutions.com | Nov 10 2021 20:38:00 | Convergent Outsourcing, 500 SW 7th, Bldg A, Ste 100, Renton, WA 98057-2983 |
| 515360995 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 10 2021 20:37:00 | Credit Acceptance, POB 5070, Southfield, MI 48086-5070 |
| 515360996 | + | Email/Text: BKPT@cfna.com | Nov 10 2021 20:37:00 | Credit First, POB 81344, Cleveland, OH 44188-0001 |
| 516745683 | + | Email/Text: BKPT@cfna.com | Nov 10 2021 20:37:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 515360997 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 10 2021 20:46:02 | Credit One Bank, POB 98872, Las Vegas, NV 89193-8872 |
| 515361001 | | Email/Text: bankruptcy@frost-arnett.com | Nov 10 2021 20:37:00 | Frost Arnett Co, POB 198988, Nashville, TN 37219 |
| 515361003 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 10 2021 20:38:00 | HSN, POB 659707, San Antonio, TX 78265-9707 |
| 515361005 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 10 2021 20:38:00 | Jefferson Cap Systems, re: Comenity, 16 McLeland Rd, Saint Cloud, MN 56303 |
| 515361006 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 10 2021 20:38:00 | Lane Bryant, POB 182121, Columbus, OH 43218-2121 |
| 515361011 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 10 2021 20:38:00 | Midland Funding, re:, 8875 Aero Dr., Ste 200, San Diego, CA 92123-2255 |
| 516745791 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 10 2021 20:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 515361013 | + | Email/Text: kmorgan@morganlaw.com | Nov 10 2021 20:38:00 | Morgan Bornstein & Morgan, re: DC 4047-14, 1236 Brace Rd Ste K, Cherry Hill, NJ 08034-3229 |
| 515361014 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 10 2021 20:38:00 | NCO Financial Services, re: Virtua Health, POB |

Case 15-13765-KCF    Doc 98    Filed 11/12/21    Entered 11/13/21 00:15:50    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 10, 2021 | Form ID: 137 | Total Noticed: 65 |

| | | | | |
|---|---|---|---|---|
| | | | | 15636, Wilmington, DE 19850-5636 |
| 516641948 | | Email/Text: bnc-quantum@quantum3group.com | Nov 10 2021 20:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516641963 | | Email/Text: bnc-quantum@quantum3group.com | Nov 10 2021 20:38:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 515361026 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Nov 10 2021 20:46:09 | t-mobile, POB 742596, Cincinnati, OH 45274 |
| 515361029 | + | Email/Text: bnc@alltran.com | Nov 10 2021 20:38:00 | United Recovery, POB 722929, Houston, TX 77272-2929 |
| 515361030 | + | Email/Text: bnc@alltran.com | Nov 10 2021 20:38:00 | United Recovery Sys, POB 722929, Houston, TX 77272-2929 |
| 515361032 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 10 2021 20:37:00 | Verizon, 500 Technology Dr, Ste 300, Saint Charles, MO 63304-2225 |
| 515361033 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 10 2021 20:37:00 | Verizon Wireless, POB 26055, Minneapolis, MN 55426-0055 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 515360991 | ##+ | Citifinancial, POB 499, Hanover, MD 21076-0499 |
| 515361022 | ##+ | Solomon & Solomon, Five Columbia Circle, Albany, NY 12203-5180 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2021                    Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel E. Straffi | bktrustee@straffilaw.com<br>G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com |
| Daniel E. Straffi | on behalf of Trustee Daniel E. Straffi bkclient@straffilaw.com<br>G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com |
| Daniel E. Straffi | on behalf of Spec. Counsel H & K Law Office bktrustee@straffilaw.com<br>G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com |
| Denise E. Carlon | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 10, 2021 | Form ID: 137 | Total Noticed: 65 |

    on behalf of Creditor Wells Fargo Bank  N.A., successor by merger to Wachovia Bank, N.A. bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com

Edward Hanratty

    on behalf of Spec. Counsel H & K Law Office thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com

John R. Morton, Jr.

    on behalf of Creditor Santander Consumer USA  Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Peter E. Zimnis

    on behalf of Joint Debtor Anna M Vigier-Rodriguez njbankruptcylaw@aol.com

Peter E. Zimnis

    on behalf of Debtor Michael E Rodriguez njbankruptcylaw@aol.com

TOTAL: 8