UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Straffi & Straffi
670 Commons Way
Toms River, NJ  08755
(732) 341-3800
(732) 341-3548 (fax)

In Re:

RODRIGUEZ, MICHAEL E
VIGIER-RODRIGUEZ, ANNA M

                                   Debtor.

Order Filed on January 27, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  15-13765/KCF

Hearing Date:

Judge: Honorable Kathryn C. Ferguson

Chapter 7

### ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: January 27, 2022**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

**ORDERED** that compensation and expenses are allowed as follows:

| <u>APPLICANTS</u> | <u>COMMISSION/FEES</u> | <u>EXPENSES</u> |
|---|---|---|
| Daniel E. Straffi, Trustee<br>c/o Straffi & Straffi, LLC | $4,205.31 | $31.10 |

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 15-13765-KCF

Michael E Rodriguez                                                                       Chapter 7

Anna M Vigier-Rodriguez
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                     User: admin                          Page 1 of 2
Date Rcvd: Jan 27, 2022                  Form ID: pdf903                       Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael E Rodriguez, Anna M Vigier-Rodriguez, 308 Galway Lane, Stafford, VA 22554-9426 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2022                       Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel E. Straffi | bktrustee@straffilaw.com G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com |
| Daniel E. Straffi | on behalf of Trustee Daniel E. Straffi bkclient@straffilaw.com G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com |
| Daniel E. Straffi | on behalf of Spec. Counsel H & K Law Office bktrustee@straffilaw.com G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com |
| Denise E. Carlon | on behalf of Creditor Wells Fargo Bank  N.A., successor by merger to Wachovia Bank, N.A. bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com |

District/off: 0312-3                    User: admin                         Page 2 of 2
Date Rcvd: Jan 27, 2022                 Form ID: pdf903                      Total Noticed: 1

Edward Hanratty

on behalf of Spec. Counsel H & K Law Office thanratty@centralnewjerseybankruptcylawyer.com
aaguirre@centralnewjerseybankruptcylawyer.com

John R. Morton, Jr.

on behalf of Creditor Santander Consumer USA  Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Peter E. Zimnis

on behalf of Joint Debtor Anna M Vigier-Rodriguez njbankruptcylaw@aol.com

Peter E. Zimnis

on behalf of Debtor Michael E Rodriguez njbankruptcylaw@aol.com


TOTAL: 8