Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 15–13765–KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael E Rodriguez
308 Galway Lane
Stafford, VA 22554

Anna M Vigier–Rodriguez
308 Galway Lane
Stafford, VA 22554

Social Security No.:
xxx–xx–8355

xxx–xx–7419

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Daniel E. Straffi is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 21, 2022</u>    <u>Kathryn C. Ferguson</u>
Judge, United States Bankruptcy Court